[No. 58262-3-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. L.L., *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-8-05376-5, Mary Roberts, J., entered May 2, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58325-5-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. RASHEED HASSON SHABAZZ, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-1-04678-0, Bruce W. Hilyer, J., entered June 7, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58375-1-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. CHRISTIAN MICHAEL SHOREY, *Appellant*.

Appeal from a judgment of the Superior Court for Island County, No. 06-1-00021-9, Alan R. Hancock, J., entered April 28, 2006. *Affirmed* by unpublished per curiam opinion.

[No. 58388-3-I. Division One. October 1, 2007.]

THE STATE OF WASHINGTON, *Respondent*, v. C.Z.-J., *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 05-8-00200-8, Martha V. Gross, J. Pro Tem., entered June 20, 2006. *Affirmed in part* and *remanded* by unpublished per curiam opinion.

[No. 58457-0-I. Division One. October 1, 2007.]

TITAN MECHANICAL, INC., *Respondent*, v. SUNRISE CASCADE, LLC, ET AL., *Defendants*, KEVIN M. WINTERS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 05-2-39867-1, Dean Scott Lum, J., entered May 18, 2006. *Affirmed* by unpublished per curiam opinion.